IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARMA L. EOFF**                                                                                   **PLAINTIFF**

VS.                                         CASE NO. 4:20CV00708 LPR/PSH

**KILOLO KIJAKAZI, Acting Commissioner,**
   **Social Security Administration**                                            **DEFENDANT**

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the Findings and Recommendations as well as the entire record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 21st day of March , 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE