# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CARMA L. EOFF**                                                                                          **PLAINTIFF**

**VS.**                            **CASE NO. 4:20CV00708 LPR/PSH**

**KILOLO KIJAKAZI, Acting Commissioner,**
   **Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter on this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 21st day of March, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE